John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 809522

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-62086 | 008-0 | MARK A SEWELL<br>Original Check written to:<br>NEUROCARE NETWORK<br>COLLECTION SVC DIVISION<br>411 WEST FRONT<br>TYLER, TX  75702- | xxxxxxx3981 | 539.51 | 4.34 | 0.00 | 4.34 |
| 04-62086 | 009-0 | MARK A SEWELL<br>Original Check written to:<br>NEUROCARE NETWORK<br>C/O COLLECTION SERVICE DIVISION<br>411 WEST FRONT STREET<br>TYLER, TX  75702 | xxxxxxx5844 | 472.78 | 2.67 | 0.00 | 2.67 |
| 04-62254 | 014-0 | DANNY ELLIS KEE<br>Original Check written to:<br>RAY & NANCY TERRY<br>C/O GENE W. CALDWELL<br>PO BOX 241<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxxxx72-8 | 124,995.26 | 4.74 | 0.00 | 4.74 |
| 05-20020 | 999-0 | LUCILLE A RICHMOND<br>Original Check written to:<br>LUCILLE A RICHMOND<br>P O BOX 775<br>BIG SANDY, TX  75755 | | 0.00 | 1.00 | 0.00 | 1.00 |
| 05-20656 | 104-0 | SHERYE LANETTE HENDERSON<br>Original Check written to:<br>WILSHIRE CREDIT CORP<br>14523 SW MILLIKAN WAY #200<br>BEAVERTON, OR  97005-2352 | 4618 | 615.25 | 668.79 | 0.00 | 668.79 |
| 05-60003 | 999-0 | KIMBERLY KAY HENSLEY<br>Original Check written to:<br>KIMBERLY KAY HENSLEY<br>P O BOX 747<br>MINEOLA, TX  75773 | | 0.00 | 1.00 | 0.00 | 1.00 |
| 05-60404 | 005-0 | CLAYTON JAY HALL<br>Original Check written to:<br>RETAIL MERCHANTS ASSOCIATION<br>411 W FRONT ST<br>TYLER, TX  75702 | xxxxxxx3675 | 99.74 | 10.05 | 0.00 | 10.05 |